UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONTAVIUS HAYNES, | Case No. 12-cv-00363-JST (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME** |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | Re: Dkt. No. 30 |

Good cause appearing, plaintiff's second request for extensions of time to oppose: (1) defendants' motion to dismiss; and (2) defendants' motion to stay discovery is GRANTED. The aforementioned oppositions shall be filed by no later than **fifty-six (56)** days from the date of this order. Defendants shall file their replies no later than **fourteen (14)** days after the date of service of the oppositions.

This order terminates Docket No. 30.

**IT IS SO ORDERED**.

Dated: July 25, 2013

_____
JON S. TIGAR
United States District Judge