UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAVIUS HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants. | Case No.  12-cv-00363-JST (PR)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 30 |

Good cause appearing, plaintiff's second request for extensions of time to oppose: (1) defendants' motion to dismiss; and (2) defendants' motion to stay discovery is GRANTED. The aforementioned oppositions shall be filed by no later than **fifty-six (56)** days from the date of this order.  Defendants shall file their replies no later than **fourteen (14)** days after the date of service of the oppositions.

This order terminates Docket No. 30.

**IT IS SO ORDERED**.

Dated:  July 25, 2013

                                                JON S. TIGAR
                                       United States District Judge