UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAVIAS HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants. | Case No.  12-cv-00363-JST (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 53 |

    Pursuant to the parties' stipulation, the deadline for defendants to file a dispositive motion is CONTINUED to **July 14, 2014**.  Plaintiff shall file any opposition to defendants' motion no later than **August 11, 2014**.  Defendants <u>shall</u> file a reply no later than **August 25, 2014**.

    This order terminates Docket No. 53.

    **IT IS SO ORDERED.**

Dated:  May 29, 2014

_____
JON S. TIGAR
United States District Judge