UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DONTAVIAS HAYNES,<br><br>    Plaintiff,<br>  v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants.<br>_____/ | No. 3:12-CV-00363 JST (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DONTAVIAS HAYNES, inmate no. J11998, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 18, 2015

                                                 NANDOR J. VADAS
                                                 United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DONTAVIAS HAYNES, inmate no. J11998, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 1:00 p.m. on June 18, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of HAYNES v. HEDGPETH, et al, and

at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: May 18, 2015

                                          RICHARD WIEKING
                                          CLERK, UNITED STATES DISTRICT COURT

                                          By: Linn Van Meter
                                               Administrative Law Clerk

Dated: May 18, 2015



                                          NANDOR J. VADAS
                                          United S...

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DONTAVIAS,

        Plaintiff,

  v.

ANTHONY HEDGPETH, et al.,

        Defendants.
_____/

No. 12-CV-00363 JST (NJV)

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on May 18, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Dontavias Haynes
#J-11998
Salinas Valley State Prison (SVSP)
P.O. Box 1050, D7-107Low
Soledad, CA 93960

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA   93960

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3