UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONTAVIAS HAYNES,

    Plaintiff,

    v.

ANTHONY HEDGPETH, et al.,

    Defendants.

Case No.  12-cv-00363-JST   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on June 18, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff,  Dontavias Haynes

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Martine D'Agostino

    (   )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X )  The case has been completely settled.  Telephonic status conference set for July 21, 2015 at 1:00 p.m.  Defense counsel shall facilitate Plaintiff's telephonic appearance.

    (   )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 7/7/15

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONTAVIAS HAYNES,

    Plaintiff,

    v.

ANTHONY HEDGPETH, et al.,

    Defendants.

Case No. 12-cv-00363-JST (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dontavias Haynes ID: #J-11998
Salinas Valley State Prison (SVSP)
P.O. Box 1050, D7-107Low
Soledad, CA 93960

Dated: July 7, 2015

Richard W. Wieking
Clerk, United States District Court

By _____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3