UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAVIAS HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants. | Case No. 12-cv-00363-JST (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Plaintiff, a California prisoner proceeding pro se and currently incarcerated at Salinas Valley State Prison ("SVSP"), filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2015, the Court issued an order granting in part and denying in part defendants' motion for summary judgment and referring the matter for settlement proceedings before Magistrate Judge Nandor Vadas.

    On July 2, 2015, the Court received a copy of a "Stipulation for Voluntary Dismissal with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1) signed by both plaintiff and counsel for defendants. The signed stipulation states:

> Plaintiff Dontavias Haynes and Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.

(Dkt. No. 73.)

1     Accordingly, having been notified of the settlement,

2     IT IS HEREBY ORDERED THAT this action and all claims asserted herein against

3 defendants are DISMISSED WITH PREJUDICE.  The Court will retain jurisdiction to enforce the

4 parties' settlement.

5     The Clerk shall send a copy of this order to Judge Vadas.

6     **IT IS SO ORDERED.**

7 Dated:  July 7, 2015



JON S. TIGAR
United States District Judge