UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAVIAS HAYNES,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>Defendants. | Case No. 12-cv-00363-JST (PR)<br><br>**ORDER REFERRING SETTLEMENT RELATED MATTERS TO JUDGE VADAS** |

This action was dismissed on July 7, 2015 after the parties settled all claims through the Pro Se Prisoner Mediation Program conducted by Magistrate Judge Vadas. On November 12, 2015, plaintiff filed a "motion for default regarding breach of settlement agreement" (dkt. no. 84), asserting that he has still not received the payment owed to him as provided for in the settlement agreement. In light of Magistrate Judge Vadas' familiarity with the terms of the settlement and the undersigned's purposeful lack of familiarity with them, the court now refers docket no. 84 and all matters regarding compliance with the settlement to Magistrate Judge Vadas for disposition by him.

IT IS SO ORDERED.

Dated: December 14, 2015

_____
JON S. TIGAR
United States District Judge