UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DONTAVIAS HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants. | Case No. 12-cv-00363-JST (NJV)<br><br>**ORDER REQUIRING RESPONSE TO PENDING MOTION**<br><br>Re: Dkt. No. 84 |

On November 12, 2015, Plaintiff filed a Motion for Default Regarding Breach of Settlement Agreement. (Doc. 84.) Defendants shall file a response to Plaintiff's Motion no later than January 29, 2016.

**IT IS SO ORDERED**.

Dated: January 22, 2016

NANDOR J. VADAS
United States Magistrate Judge